**Electronically Filed
Supreme Court
SCWC-30466
24-JUL-2012
12:17 PM**

NO. SCWC-30466

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

BRINKWOOD LAND EQUITIES, LTD,
Petitioner/Plaintiff-Appellant,

vs.

HILO BROKERS, LTD., and KELLY MORAN,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30466; CIV. NO. 07-1-0285)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Alm, assigned by reason of vacancy)

The Application for Writ of Certiorari filed on

June 12, 2012 by Petitioner/Plaintiff-Appellant Brinkwood Land

Equities, Ltd. is hereby rejected.

DATED:  Honolulu, Hawai'i, July 24, 2012.


Edward C. Kemper,                    /s/ Mark E. Recktenwald
for petitioner

                                     /s/ Paula A. Nakayama
Sydney K. Ayabe,
and Ryan I. Inouye,                  /s/ Simeon R. Acoba, Jr.
for respondents

                                     /s/ Sabrina S. McKenna

                                     /s/ Steven S. Alm

